■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALDO M. DONALD, Appellant. [910 NYS2d 758]—Appeal from a judgment of the Supreme Court, Monroe County (Joseph D. Valentino, J.), rendered April 21, 2009. The judgment convicted defendant, upon his plea of guilty, of robbery in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Peradotto, Carni, Sconiers and Gorski, JJ.